**STATE v. JENKINS**

[359 N.C. 423 (2005)]

STATE OF NORTH CAROLINA v. JERRY DELANE JENKINS

No. 31A05

(Filed 5 May 2005)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 606 S.E.2d 430 (2005), finding no error in a judgment entered 28 May 2003 by Judge James M. Webb in Superior Court, Montgomery County. Heard in the Supreme Court 20 April 2005.

*Roy Cooper, Attorney General, by Jane T. Hautin, Special Deputy Attorney General, for the State.*

*Karlene Scott-Turrentine for defendant-appellant.*

PER CURIAM.

AFFIRMED.